JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                         DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)               ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

TORTS                                                                              ACTIONS UNDER STATUTES

**CONTRACT**                    **PERSONAL INJURY**              **PERSONAL INJURY**                  **FORFEITURE/PENALTY**   **BANKRUPTCY**                **OTHER STATUTES**

[ ] 110  INSURANCE              [ ] 310 AIRPLANE                 [ ] 367 HEALTHCARE/                  [ ] 625 DRUG RELATED     [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120  MARINE                 [ ] 315 AIRPLANE PRODUCT             PHARMACEUTICAL PERSONAL             SEIZURE OF PROPERTY       28 USC 158               [ ] 376 QUI TAM
[ ] 130  MILLER ACT                     LIABILITY                    INJURY/PRODUCT LIABILITY            21 USC 881           [ ] 423 WITHDRAWAL            [ ] 400 STATE
[ ] 140  NEGOTIABLE             [ ] 320 ASSAULT, LIBEL &         [ ] 365 PERSONAL INJURY              [ ] 690 OTHER                28 USC 157                    REAPPORTIONMENT
         INSTRUMENT                     SLANDER                         PRODUCT LIABILITY                                                                  [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF            [ ] 330 FEDERAL                  [ ] 368 ASBESTOS PERSONAL                                     **PROPERTY RIGHTS**           [ ] 430 BANKS & BANKING
         OVERPAYMENT &                  EMPLOYERS'                       INJURY PRODUCT                                                                    [ ] 450 COMMERCE
         ENFORCEMENT                    LIABILITY                        LIABILITY                                             [ ] 820 COPYRIGHTS            [ ] 460 DEPORTATION
         OF JUDGMENT            [ ] 340 MARINE                                                                                 [ ] 830 PATENT                [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT           [ ] 345 MARINE PRODUCT           **PERSONAL PROPERTY**                                         [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ENCED & CORRUPT
[ ] 152  RECOVERY OF                    LIABILITY                [ ] 370 OTHER FRAUD                                           [ ] 840 TRADEMARK                 ORGANIZATION ACT
         DEFAULTED              [ ] 350 MOTOR VEHICLE            [ ] 371 TRUTH IN LENDING                                                                        (RICO)
         STUDENT LOANS          [ ] 355 MOTOR VEHICLE                                                                          **SOCIAL SECURITY**           [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)                PRODUCT LIABILITY                                                                                                    [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF            [ ] 360 OTHER PERSONAL           [ ] 380 OTHER PERSONAL               **LABOR**                [ ] 861 HIA (1395ff)
         OVERPAYMENT                    INJURY                           PROPERTY DAMAGE                                       [ ] 862 BLACK LUNG (923)      [ ] 850 SECURITIES/
         OF VETERAN'S           [ ] 362 PERSONAL INJURY -        [ ] 385 PROPERTY DAMAGE              [ ] 710 FAIR LABOR       [ ] 863 DIWC/DIWW (405(g))        COMMODITIES/
         BENEFITS                       MED MALPRACTICE                 PRODUCT LIABILITY                    STANDARDS ACT     [ ] 864 SSID TITLE XVI            EXCHANGE
[ ] 160  STOCKHOLDERS                                                                                 [ ] 720 LABOR/MGMT       [ ] 865 RSI (405(g))
         SUITS                                                                                               RELATIONS
[ ] 190  OTHER                                                   **PRISONER PETITIONS**               [ ] 740 RAILWAY LABOR ACT                             [ ] 890 OTHER STATUTORY
         CONTRACT                                                [ ] 463 ALIEN DETAINEE               [ ] 751 FAMILY MEDICAL   **FEDERAL TAX SUITS**             ACTIONS
[ ] 195  CONTRACT                                                [ ] 510 MOTIONS TO                        LEAVE ACT (FMLA)                                  [ ] 891 AGRICULTURAL ACTS
         PRODUCT                **ACTIONS UNDER STATUTES**              VACATE SENTENCE                                        [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY                                                      28 USC 2255                   [ ] 790 OTHER LABOR           Defendant)              [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE              **CIVIL RIGHTS**                 [ ] 530 HABEAS CORPUS                     LITIGATION          [ ] 871 IRS-THIRD PARTY           MATTERS
                                                                 [ ] 535 DEATH PENALTY                [ ] 791 EMPL RET INC         26 USC 7609             [ ] 895 FREEDOM OF
                                [ ] 440 OTHER CIVIL RIGHTS       [ ] 540 MANDAMUS & OTHER                  SECURITY ACT (ERISA)                                INFORMATION ACT
**REAL PROPERTY**                       (Non-Prisoner)                                                                                                       [ ] 896 ARBITRATION
                                [ ] 441 VOTING                                                                                                               [ ] 899 ADMINISTRATIVE
[ ] 210  LAND                   [ ] 442 EMPLOYMENT               **PRISONER CIVIL RIGHTS**            **IMMIGRATION**                                            PROCEDURE ACT/REVIEW OR
         CONDEMNATION           [ ] 443 HOUSING/                                                                                                                APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE                    ACCOMMODATIONS           [ ] 550 CIVIL RIGHTS                 [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &           [ ] 445 AMERICANS WITH           [ ] 555 PRISON CONDITION                    APPLICATION                                     [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                      DISABILITIES -           [ ] 560 CIVIL DETAINEE               [ ] 465 OTHER IMMIGRATION                                  STATE STATUTES
[ ] 240  TORTS TO LAND                  EMPLOYMENT                      CONDITIONS OF CONFINEMENT            ACTIONS
[ ] 245  TORT PRODUCT           [ ] 446 AMERICANS WITH
         LIABILITY                      DISABILITIES -OTHER
[ ] 290  ALL OTHER              [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION   DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                 AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                      IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO         NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation (Transferred)  ☐ 7 Appeal to District Judge from Magistrate Judge

  ☐ a. all parties represented

  ☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE                SIGNATURE OF ATTORNEY OF RECORD         ADMITTED TO PRACTICE IN THIS DISTRICT
                                [ ] NO
                                [ ] YES (DATE ADMITTED Mo. _____  Yr. _____)
RECEIPT #                            Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)