# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

October 11, 2018

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court, SDNY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Marcelo Rivera Neri, et al v. Ariey Nussbaum, et al.
             Case No. 18CV-08321 (JPO)

Dear Judge Oetken:

      Our office is counsel to the defendants in the above referenced matter.  We respectfully write to request a 30-day adjournment of the Initial Case Conference scheduled for Monday October 15, 2018 at 11:45 a.m. as I have a conflict. This is the first request for an adjournment. This request is made on consent with plaintiff's counsel.

      We thank Your Honor for considering the foregoing.

                                          Respectfully Submitted,

                                          */s/ Lawrence F. Morrison*

                                          Lawrence F. Morrison
                                          lmorrison@m-t-law.com

CC:    Paul Hershan, Esq. (via ECF)