# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

December 19, 2018

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court, SDNY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: **Marcelo Rivera Neri, et al v. Ariey Nussbaum, et al.**
       **Case No. 18CV-08321 (JPO) Adjournment request on consent**

Dear Judge Oetken:

  Our office is counsel to the defendants in the above referenced matter. We respectfully write to request a 30-day adjournment of the Initial Case Conference scheduled for December 20, 2018 at 11:45 a.m. This request is made on consent with plaintiff's counsel. This is the third request to adjourn.

  I apologize for the late notice but I must appear tomorrow at 11am in the related bankruptcy case of AHDS bagel before the Honorable Nancy Hershey Lord.

  We thank Your Honor for considering the foregoing.

                Respectfully Submitted,

                */s/ Lawrence F. Morrison*

                Lawrence F. Morrison
                lmorrison@m-t-law.com

CC: Paul Hershan, Esq. (via ECF)