**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADOLFO PATRICIO AGAPITO and JOSE FRANCISCO REQUELME PLIEGO, *individually and on behalf of others similarly situated,* | **16-cv-8170-JPO** |
| *Plaintiff,* | **and** |
| -against- | **17-cv-4127-JPO** |
| AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101 BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY NUSSBAUM, ISLAM ABBAS and HAIM WYSOKI, | **and** |
| | **18-cv-8321-JPO** |
| *Defendants.* | **SETTLEMENT AGREEMENT AND RELEASE** |
| MAXIMO PATRICIO, *individually and on behalf of others similarly situated,* | |
| *Plaintiff,* | |
| AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101 BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and HAIM WYSOKI, | |
| *Defendants.* | |
| MARCELO RIVERA NERI, ELEUTERIO VARGAS MENDOZA, and LIVORIO RIVERA, *individually and on behalf of others similarly situated,* | |
| *Plaintiffs,* | |
| ARIEY NUSSBAUM, ISLAM ABBAS (AKA SAMMY), HAIM WYSOKI, and DOV MOSHE, | |
| *Defendants.* | |

This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff

1231196.1

Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Areiy Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), on the other hand.

WHEREAS, Plaintiffs allege that they worked for Defendants as employees; and

WHEREAS, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of actions in the United States District Court for the Southern District of New York, Civil Action No: 16-cv-8170, 17-cv-4127, and 18-cv-8321. (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

WHEREAS, Defendants deny any violation of federal and state wage and hour and overtime laws; and

WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1. Payment: Defendants shall pay or cause to be paid to Plaintiffs, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of any and all claims that Plaintiffs at any time have, had, claim or claim to have against Defendants relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement including all counsel fees and costs incurred by Plaintiffs, the gross sum of Thirty-Five Thousand Dollars and No Cents **($35,000.00)** (the "Settlement Amount") to be paid to Plaintiffs in Eight ("8") monthly installments.  The Settlement Amount shall be allocated to each of the Plaintiffs, including attorneys' fees and costs, as follows:

i) $7,345.76 payable to "Adolfo Patricio Agapito;"

ii) $2,067.38 payable to "Maximo Patricio;"

iii) $4,706.58 payable to "Marcelo Rivera Neri;"

iv) $3,167.04 payable to "Eleuterio Vargas Mendoza;"

v) $4,706.58 payable to "Livorio Rivera;" and

vi) $13,006.66 payable to "Michael Faillace and Associates, P.C."

All of the installment payments shall be delivered to Plaintiffs' counsel in post-dated checks and shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., 60 East 42nd Street, Suite 4510, New York, NY 10165 on the date that the first installment is due ("delivery deadline").  Failure to deliver said checks shall constitute a default under the

Agreement.  The first installment shall be due on February 15, 2020, and each installment thereafter shall be due on the fifteenth day of each subsequent month.  In the event that the settlement is not yet approved by an installment due date, or the action is not finally dismissed, said installment shall be payable as soon as the Court approves or finally dismisses the action.

Payments to Plaintiffs shall be subject to 1099 reporting and payments to Michael Faillace and Associates, P.C. shall be for attorneys' fees and costs and subject to 1099 reporting. The monthly installment payments shall be allocated as follows:

(a)     First monthly installment payment: One post-dated check in the amount of Eight Hundred Sixteen Dollars and Nineteen Cents ($816.19) made payable to "Adolfo Patricio Agapito"; one post-dated check in the amount of Two Hundred Twenty-Nine Dollars and Seventy-One Cents ($229.71) made payable to "Maximo Patricio";; one post-dated check in the amount of Five Hundred Twenty-Two Dollars and Ninety-Five Cents ($522.95) made payable to "Marcelo Rivera Neri"; one post-dated check in the amount of Three Hundred Fifty-One Dollars and Eighty-Nine Cents ($351.89) made payable to "Eleuterio Vargas Mendoza"; one post-dated check in the amount of Five Hundred Twenty-Two Dollars and Ninety-Five Cents ($522.95) made payable to "Livorio Rivera"; one post-dated check in the amount of One Thousand Four Hundred Forty-Five Dollars and Eighteen Cents ($1,445.18) made payable to "Michael Faillace and Associates, P.C.;" for immediate deposit.

(b)     Second monthly installment payment: One post-dated check in the amount of One Thousand Six Hundred Thirty Two Dollard and Thirty Eight Cents ($1,632.38) made payable to "Adolfo Patricio Agapito"; one post-dated check in the amount of Four Hundred Fifty-Nine Dollars and Forty-Two Cents ($459.42) made payable to "Maximo Patricio";; one post-dated check in the amount of One Thousand Forty-Five Dollars and Ninety Cents ($1,045.90) made payable to "Marcelo Rivera Neri"; one post-dated check in the amount of Seven Hundred Three Dollars and Sebenty-Eight Cents ($703.78) made payable to "Eleuterio Vargas Mendoza"; one post-dated check in the amount of One Thousand Forty-Five Dollars and Ninety Cents ($1,045.90) made payable to "Livorio Rivera"; one post-dated check in the amount of Two Thousand Eight Hundred Ninety Dollars and Thirty-Six Cents ($1,445.18) made payable to "Michael Faillace and Associates, P.C.;" for immediate deposit.

(c)     Third through Seventh installment payments: One post-dated check in the amount of Eight Hundred Sixteen Dollars and Nineteen Cents ($816.19) made payable to "Adolfo Patricio Agapito"; one post-dated check in the amount of Two Hundred Twenty-Nine Dollars and Seventy-One Cents ($229.71) made payable to "Maximo Patricio";; one post-dated check in the amount of Five Hundred Twenty-Two Dollars and Ninety-Five Cents ($522.95) made payable to "Marcelo Rivera Neri"; one post-dated check in the amount of Three Hundred Fifty-One Dollars and Eighty-Nine Cents ($351.89) made payable to "Eleuterio Vargas Mendoza"; one post-dated check in the amount of Five Hundred Twenty-Two Dollars and Ninety-Five Cents ($522.95) made payable to "Livorio Rivera"; one post-dated check in the amount of One Thousand Four Hundred Forty-Five Dollars and Eighteen Cents ($1,445.18) made payable to "Michael Faillace and Associates, P.C.;" for immediate deposit.

(d)     The final installment payment shall be allocated as follows:

One post-dated check in the amount of Eight Hundred Sixteen Dollars and Twenty-Four Cents ($816.24) made payable to "Adolfo Patricio Agapito;" one post-dated check in the

amount of Two Hundred Twenty-Nine Dollars and Seventy Cents ($229.70) made payable to "Maximo Patricio;" one post-dated check in the amount of Five Hundred Twenty-Two Dollars and Ninety-Eight Cents ($522.98) made payable to "Marcelo Rivera Neri;" one post-dated check in the amount of Three Hundred Fifty-One Dollars and Ninety-Two Cents ($351.92) made payable to "Eleuterio Vargas Mendoza;" one post-dated check in the amount of Five Hundred Twenty-Two Dollars and Ninety-Eight Cents ($522.98) made payable to "Livorio Rivera;" and one post-dated check in the amount of One Thousand Four Hundred Forty-Five Dollars and Twenty-Two Cents ($1,445.22) made payable to "Michael Faillace and Associates, P.C.;" for immediate deposit.

(e)     From the total Settlement Amount, a total of $10,996.66, representing one-third of the total settlement amount after deducting costs, plus $2,010 for costs, shall be paid to Michael Faillace and Associates, P.C., as attorney's fees and costs. The remaining $21,993.34, shall be paid to the Plaintiffs. The breakdown of each individual installment payment is set forth above. The Plaintiffs expressly understand and agree that she shall be solely responsible for the payment of all federal, state and local taxes due on the Settlement Amount.

(d)     Concurrently with the execution of this Agreement, Defendants AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Ariey Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe shall each execute and deliver to Plaintiffs' counsel confessions of judgment ("Confessions of Judgment") in the form annexed hereto as Exhibits respectively.  The Parties hereby acknowledge and agree that the Confessions of Judgments will be held in escrow by Plaintiffs' attorneys  and will not be entered and/or filed at any time other than (i) in the event that the Defendants fail to make any of the installment payments as set forth above, i.e., one of the postdated checks fails to clear, or Defendants fail to deliver the payments to Plaintiffs' counsel within thirty days of the Court approving the Agreement, and (ii) Defendants fail to cure such default within ten (10) business days of receipt of written notice (to be delivered to Defendants by certified mail and email) via their counsel, Lawrence Morrison, Esq., Morrison Tenenbaum PLLC, 87 Walker St, Floor 2, New York, NY 10013 and at  LMorrison@m-t-law.com.  Any such Notice of Default shall be deemed received on the first business day after it is mailed, in accordance with paragraph 6 below.

2.     Release and Covenant Not To Sue:  Plaintiffs hereby irrevocably and unconditionally release from and forever discharge and covenant not to sue Defendants, and for each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives  and managers any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim" or "claims") which Plaintiffs at any time have, had, claim or claimed to have against Defendants relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.  Similarly, Defendants release and discharge Plaintiffs from any and all known claims, and liabilities of any kind that they have, had

or claimed to have against Plaintiffs relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.

3.     No Admission of Wrongdoing: This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4.     Modification of the Agreement:  This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Defendants.

5.     Acknowledgments:     Plaintiffs and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6.     Notices:        Notices required under this Agreement shall be in writing and shall be deemed given on the first business day following first-class mailing and electronic transmission thereof.  Notice hereunder shall be delivered to:

To Plaintiffs:

Michael Faillace, Esq.
**MICHAEL FAILLACE & ASSOCIATES, P.C.**
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com

To Defendants:

Lawrence Morrison
Morrison Tenenbaum PLLC
87 Walker St, Floor 2
New York, NY 10013
Tel: 212-620-0938
Fax: 646-998-1972
Email: LMorrison@m-t-law.com

7.     Governing Law:  This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof.  The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8.     <u>Enforceability:</u> If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement, provided, however, that upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void or unenforceable, Plaintiffs agree to promptly execute a release, waiver and/or covenant that is legal and enforceable.

9.     <u>Non-Disparagement.</u> Defendants, personally or through their agents or attorneys, shall not defame, disparage, criticize or make any negative references to the character, quality or propriety of the person, personnel or business operations, reputation, business practices, or conduct of Plaintiffs, by direct communications with any third party, verbally or in writing, or electronically through the internet, including but not limited to websites, emails, texts, blogs, social media sites, professional rating services, professional networking sites, or any other media.

10.    <u>Release Notification:</u> Defendants advised Plaintiffs to discuss the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Michael Faillace, Esq. of Michael Faillace & Associates, P.C., Plaintiffs acknowledges that it is their choice to waive any potential claims in return for the benefits set forth herein and that each of them made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiff Sancho confirms that this Settlement Agreement and Release has been translated to her in Spanish and that she understands the terms of this Agreement and that she is signing this Agreement voluntarily.

11.    <u>Counterparts:</u> To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below.  This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart.  This agreement may also be executed by facsimile or electronic transmission. Fax or PDF copies shall be deemed originals.

<u>PLAINTIFFS:</u>

By: _____          Date: _____
       ADOLFO PATRICIO AGAPITO

By: _____          Date: _____
       MAXIMO PATRICIO

By: _Marcelo Rivera._          Date: _2/19/20_
    MARCELO RIVERA NERI

By: _____          Date: _02/19/20_
    ELEUTERIO VARGAS MENDOZA

By: _____          Date: _____
    LIVORIO RIVERA

DEFENDANTS:

By: _____          Date: _____
    AHDS BAGEL LLC (d/b/a PICK A BAGEL)

By: _____          Date: _____
    1101 BAGEL CORP. (d/b/a PICK A BAGEL)

By: _____          Date: _____
    ARIEY NUSSBAUM

By: _____          Date: _____
    ISLAM ABBAS (a/k/a SAMMY)

By: _____          Date: _____
    HAIM WYSOKI

By: _____          Date: _____
    DOV MOSHE

and that she understands the terms of this Agreement and that she is signing this Agreement voluntarily.

11.    Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission. Fax or PDF copies shall be deemed originals.

PLAINTIFFS:

By: _____
ADOLFO PATRICIO AGAPITO

By: _____
MAXIMO PATRICIO

By: _____
MARCELO RIVERA NERI

By: _____
ELEUTERIO VARGAS MENDOZA

By: _____
LIVORIO RIVERA

Date: _____

Date: _____

Date: _____

Date: _____

Date: __4 13,2020__

DEFENDANTS:

By: _____
AHDS BAGEL LLC (d/b/a PICK A BAGEL)

By: _____

Date: 2/5/2020

Date: 2/5/2020

1101 BAGEL CORP. (d/b/a PICK A BAGEL)

By: _____     Date: 2/5/20 20
ARIEY NUSSBAUM

By: _____     Date: _____
ISLAM ABBAS (a/k/a SAMMY)

By: _____     Date: 02/05/20
HAIM WYSOKI

By: _____     Date 2/5/2020
DOV MOSHE

Case 1:18-cv-08221-JPO   Document 61-1   Filed 02/19/20   Page 10 of 32

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____

ADOLFO PATRICIO AGAPITO and JOSE
FRANCISCO REQUELME PLIEGO, *individually
and on behalf of others similarly situated,*

                    *Plaintiff,*

        -against-

AHDS BAGEL LLC (d/b/a PICK A BAGEL),
1101 BAGEL CORP. (d/b/a PICK A BAGEL),
ARIEY NUSSBAUM, ISLAM ABBAS and
HAIM WYSOKI,


                    *Defendants.*

MAXIMO PATRICIO, *individually and on behalf of
others similarly situated,*

                    *Plaintiff,*

AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101
BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY
NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and
HAIM WYSOKI,

                    *Defendants.*

MARCELO RIVERA NERI, ELEUTERIO VARGAS
MENDOZA, and LIVORIO RIVERA, *individually
and on behalf of others similarly situated,*

                    *Plaintiffs,*

ARIEY NUSSBAUM, ISLAM ABBAS (AKA
SAMMY), HAIM WYSOKI, and DOV MOSHE,

                    *Defendants.*

16-cv-8170-JPO

and

17-cv-4127-JPO

and

18-cv-8321-JPO


**AFFIDAVIT OF CONFESSION
OF JUDGMENT**


STATE OF NEW YORK    )
                    : ss.:
COUNTY OF            )

1.    I reside in RICHMOND County.

2.    I, DOVMOSHE, am the MEMBER of AHDS Bagel LLC (d/b/a Pick a Bagel). I am duly authorized to make this affidavit of confession of judgment on behalf of AHDS Bagel LLC (d/b/a Pick a Bagel).

3.    AHDS Bagel LLC (d/b/a Pick a Bagel) maintains its principal place of business in New York County at 1101 LEXINGTON AVE NEW YORK, NY 10075

4.    Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Areiy Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof in the Supreme Court of the State of New York against AHDS Bagel LLC (d/b/a Pick a Bagel) in favor of Plaintiffs for the sum of FIFTY-TWO THOUSAND AND FIVE HUNDRED DOLLARS ($52,500).

5.    This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000) to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $35,000 plus liquidated damages of $17,500.

6.    This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

7.    I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $52,500 (less any amounts already paid to Plaintiffs pursuant to the above schedule), against AHDS Bagel LLC (d/b/a Pick a Bagel).

AHDS Bagel LLC (d/b/a Pick a Bagel)

By: _____

Title: MEMBER

STATE OF _New York_

: ss.:

On _2/5/feb 5 th 2020_, 2019, before me personally came _DOV MOSHE_, to me known, who, by me duly sworn, did depose and say that deponent resides at _20 LUNDI S.I. NY 10314_, that deponent is the _MEMBER_ of AHDS Bagel LLC (d/b/a Pick a Bagel), the party described herein, and that deponent executed the foregoing Affidavit of Confession of Judgment on behalf of AHDS Bagel LLC (d/b/a Pick a Bagel) and was authorized to do so.

Notary Public

```
MONIQUE MCDANIEL
Notary Public - State of New York
NO. 01MC6343430
Qualified in New York County
My Commission Expires Jun 13, 2020
```

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

ADOLFO PATRICIO AGAPITO and JOSE
FRANCISCO REQUELME PLIEGO, *individually
and on behalf of others similarly situated,*

       *Plaintiff,*

    -against-

AHDS BAGEL LLC (d/b/a PICK A BAGEL),
1101 BAGEL CORP. (d/b/a PICK A BAGEL),
ARIEY NUSSBAUM, ISLAM ABBAS and
HAIM WYSOKI,

       *Defendants.*

MAXIMO PATRICIO, *individually and on behalf of
others similarly situated,*

       *Plaintiff,*

AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101
BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY
NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and
HAIM WYSOKI,

       *Defendants.*

MARCELO RIVERA NERI, ELEUTERIO VARGAS
MENDOZA, and LIVORIO RIVERA, *individually
and on behalf of others similarly situated,*

       *Plaintiffs,*

ARIEY NUSSBAUM, ISLAM ABBAS (AKA
SAMMY), HAIM WYSOKI, and DOV MOSHE,

       *Defendants.*

16-cv-8170-JPO

and

17-cv-4127-JPO

and

18-cv-8321-JPO


**AFFIDAVIT OF CONFESSION
OF JUDGMENT**

| STATE OF NEW YORK | ) | |
|---|---|---|
| | : | ss.: |
| COUNTY OF | ) | |

1.   I reside in ___KINGS___ County.

2.   I, ___NUSBAUM___ , am the ___V.P.___ of 1101 Bagel Corp. (d/b/a Pick a Bagel). I am duly authorized to make this affidavit of confession of judgment on behalf of 1101 Bagel Corp. (d/b/a Pick a Bagel).

3.   1101 Bagel Corp. (d/b/a Pick a Bagel) maintains its principal place of business in New York County at ___1101 LEXINGTON AVE . NEW YORK  NY 10075___

4.   Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Areiy Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof in the Supreme Court of the State of New York against 1101 Bagel Corp. (d/b/a Pick a Bagel) in favor of Plaintiffs for the sum of FIFTY-TWO THOUSAND AND FIVE HUNDRED DOLLARS ($52,500).

5.   This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000) to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $35,000 plus liquidated damages of $17,500.

6.   This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

7.   I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $52,500 (less any amounts already paid to Plaintiffs pursuant to the above schedule), against 1101 Bagel Corp. (d/b/a Pick a Bagel).

1101 Bagel Corp. (d/b/a Pick a Bagel)

By: _____

Title: ___V.P.___

STATE OF _New York_ )
                : ss.:

        On _2/5/20_, 2019 _2020_, before me personally came _ARIEY NUSBAUM_, to me known, who, by me duly sworn, did depose and say that deponent resides at _1810 E 22ND ST. BROOKLYN, NY_, that deponent is the _V.P._ of 1101 Bagel Corp. (d/b/a Pick a Bagel), the party described herein, and that deponent executed the foregoing Affidavit of Confession of Judgment on behalf of 1101 Bagel Corp. (d/b/a Pick a Bagel) and was authorized to do so.

_____
Notary Public

```
MONIQUE MCDANIEL
Notary Public - State of New York
NO. 01MC6343430
Qualified in New York County
My Commission Expires Jun 13, 2020
```

Case 1:18-cv-08321-JPO   Document 63-1   Filed 02/19/20   Page 18 of 32

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

ADOLFO PATRICIO AGAPITO and JOSE
FRANCISCO REQUELME PLIEGO, *individually
and on behalf of others similarly situated,*

        *Plaintiff,*

    -against-

AHDS BAGEL LLC (d/b/a PICK A BAGEL),
1101 BAGEL CORP. (d/b/a PICK A BAGEL),
ARIEY NUSSBAUM, ISLAM ABBAS and
HAIM WYSOKI,


        *Defendants.*

MAXIMO PATRICIO, *individually and on behalf of
others similarly situated,*

        *Plaintiff,*

AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101
BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY
NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and
HAIM WYSOKI,

        *Defendants.*

MARCELO RIVERA NERI, ELEUTERIO VARGAS
MENDOZA, and LIVORIO RIVERA, *individually
and on behalf of others similarly situated,*

        *Plaintiffs,*

ARIEY NUSSBAUM, ISLAM ABBAS (AKA
SAMMY), HAIM WYSOKI, and DOV MOSHE,

        *Defendants.*

---

**16-cv-8170-JPO**

and

**17-cv-4127-JPO**

and

**18-cv-8321-JPO**


**AFFIDAVIT OF CONFESSION
OF JUDGMENT**

---

STATE OF NEW YORK    )
                   : ss.:
COUNTY OF           )

1.    I, Ariey Nussbaum, reside in _Kings_ County.

2.    Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Ariey Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof in the Supreme Court of the State of New York against Ariey Nussbaum in favor of Plaintiffs for the sum of FIFTY-TWO THOUSAND AND FIVE HUNDRED DOLLARS ($52,500).

3.    This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000) to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $35,000 plus liquidated damages of $17,500.

4.    This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5.    I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $52,500 (less any amounts already paid to Plaintiffs pursuant to the above schedule), against Ariey Nussbaum.

_____
Ariey Nussbaum

Sworn to before me this
5 day of February 2019 2020

_____
Notary Public

MONIQUE MCDANIEL
Notary Public - State of New York
NO. 01MC6343430
Qualified in New York County
My Commission Expires Jun 13, 2020

Case 1:18-cv-08321-JPO    Document 61    Filed 02/19/20    Page 21 of 32

# Exhibit D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____

ADOLFO PATRICIO AGAPITO and JOSE
FRANCISCO REQUELME PLIEGO, *individually
and on behalf of others similarly situated,*

                *Plaintiff,*

          -against-

AHDS BAGEL LLC (d/b/a PICK A BAGEL),
1101 BAGEL CORP. (d/b/a PICK A BAGEL),
ARIEY NUSSBAUM, ISLAM ABBAS and
HAIM WYSOKI,

                *Defendants.*

MAXIMO PATRICIO, *individually and on behalf of
others similarly situated,*

                *Plaintiff,*

AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101
BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY
NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and
HAIM WYSOKI,

                *Defendants.*

MARCELO RIVERA NERI, ELEUTERIO VARGAS
MENDOZA, and LIVORIO RIVERA, *individually
and on behalf of others similarly situated,*

                *Plaintiffs,*

ARIEY NUSSBAUM, ISLAM ABBAS (AKA
SAMMY), HAIM WYSOKI, and DOV MOSHE,

                *Defendants.*

16-cv-8170-JPO

and

17-cv-4127-JPO

and

18-cv-8321-JPO


**AFFIDAVIT OF CONFESSION
OF JUDGMENT**

STATE OF NEW YORK      )
                           : ss.:
COUNTY OF               )

1.      I, Islam Abbas a/k/a Sammy, reside in _____ County.

2.      Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Ariey Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof in the Supreme Court of the State of New York against Islam Abbas a/k/a Sammy in favor of Plaintiffs for the sum of FIFTY-TWO THOUSAND AND FIVE HUNDRED DOLLARS ($52,500).

3.      This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000) to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $35,000 plus liquidated damages of $17,500.

4.      This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5.      I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $52,500 (less any amounts already paid to Plaintiffs pursuant to the above schedule), against Islam Abbas a/k/a Sammy.

_____
Islam Abbas a/k/a Sammy

Sworn to before me this
____ day of _____ 2019 2020

_____
Notary Public

# Exhibit E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

| | |
|---|---|
| ADOLFO PATRICIO AGAPITO and JOSE FRANCISCO REQUELME PLIEGO, *individually and on behalf of others similarly situated,* | 16-cv-8170-JPO |
| *Plaintiff,* | **and** |
| -against- | 17-cv-4127-JPO |
| AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101 BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY NUSSBAUM, ISLAM ABBAS and HAIM WYSOKI, | **and** |
| | 18-cv-8321-JPO |
| *Defendants.* | |
| MAXIMO PATRICIO, *individually and on behalf of others similarly situated,* | **AFFIDAVIT OF CONFESSION OF JUDGMENT** |
| *Plaintiff,* | |
| AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101 BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and HAIM WYSOKI, | |
| *Defendants.* | |
| MARCELO RIVERA NERI, ELEUTERIO VARGAS MENDOZA, and LIVORIO RIVERA, *individually and on behalf of others similarly situated,* | |
| *Plaintiffs,* | |
| ARIEY NUSSBAUM, ISLAM ABBAS (AKA SAMMY), HAIM WYSOKI, and DOV MOSHE, | |
| *Defendants.* | |

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF              )

1.  I, Haim Wysoki, reside in _NASSAU_ County.

2.  Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Ariey Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof in the Supreme Court of the State of New York against Haim Wysoki in favor of Plaintiffs for the sum of FIFTY-TWO THOUSAND AND FIVE HUNDRED DOLLARS ($52,500).

3.  This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000) to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $35,000 plus liquidated damages of $17,500.

4.  This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5.  I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $52,500 (less any amounts already paid to Plaintiffs pursuant to the above schedule), against Haim Wysoki.

_____
Haim Wysoki

Sworn to before me this
_5_ day of _Febenary_ 2019 2020

_____
Notary Public

MONIQUE MCDANIEL
Notary Public - State of New York
NO. 01MC6343430
Qualified in New York County
My Commission Expires Jun 13, 2020

Case 1:18-cv-08321-JPO   Document 61-1   Filed 02/19/20   Page 27 of 32

# Exhibit F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

| | |
|---|---|
| ADOLFO PATRICIO AGAPITO and JOSE FRANCISCO REQUELME PLIEGO, *individually and on behalf of others similarly situated*, | 16-cv-8170-JPO |
| | and |
| *Plaintiff,* | 17-cv-4127-JPO |
| -against- | and |
| AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101 BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY NUSSBAUM, ISLAM ABBAS and HAIM WYSOKI, | 18-cv-8321-JPO |
| *Defendants.* | **AFFIDAVIT OF CONFESSION OF JUDGMENT** |
| MAXIMO PATRICIO, *individually and on behalf of others similarly situated,* | |
| *Plaintiff,* | |
| AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101 BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and HAIM WYSOKI, | |
| *Defendants.* | |
| MARCELO RIVERA NERI, ELEUTERIO VARGAS MENDOZA, and LIVORIO RIVERA, *individually and on behalf of others similarly situated,* | |
| *Plaintiffs,* | |
| ARIEY NUSSBAUM, ISLAM ABBAS (AKA SAMMY), HAIM WYSOKI, and DOV MOSHE, | |
| *Defendants.* | |

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF              )

1.    I, Haim Wysoki, reside in _____ County.

2.    Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Ariey Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof in the Supreme Court of the State of New York against Haim Wysoki in favor of Plaintiffs for the sum of FIFTY-TWO THOUSAND AND FIVE HUNDRED DOLLARS ($52,500).

3.    This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000) to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $35,000 plus liquidated damages of $17,500.

4.    This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5.    I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $52,500 (less any amounts already paid to Plaintiffs pursuant to the above schedule), against Haim Wysoki.

_____
Haim Wysoki

Sworn to before me this
_____ day of _____ 2019 2020

_____
Notary Public

Case 1:18-cv-08321-JPO    Document 61-1    Filed 02/19/20    Page 30 of 32

# Exhibit G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____

ADOLFO PATRICIO AGAPITO and JOSE
FRANCISCO REQUELME PLIEGO, *individually
and on behalf of others similarly situated,*

   *Plaintiff,*

  -against-

AHDS BAGEL LLC (d/b/a PICK A BAGEL),
1101 BAGEL CORP. (d/b/a PICK A BAGEL),
ARIEY NUSSBAUM, ISLAM ABBAS and
HAIM WYSOKI,

   *Defendants.*

MAXIMO PATRICIO, *individually and on behalf of
others similarly situated,*

   *Plaintiff,*

AHDS BAGEL LLC (d/b/a PICK A BAGEL), 1101
BAGEL CORP. (d/b/a PICK A BAGEL), ARIEY
NUSSBAUM, ISLAM ABBAS (a/k/a SAMMY), and
HAIM WYSOKI,

   *Defendants.*

MARCELO RIVERA NERI, ELEUTERIO VARGAS
MENDOZA, and LIVORIO RIVERA, *individually
and on behalf of others similarly situated,*

   *Plaintiffs,*

ARIEY NUSSBAUM, ISLAM ABBAS (AKA
SAMMY), HAIM WYSOKI, and DOV MOSHE,

   *Defendants.*

16-cv-8170-JPO

and

17-cv-4127-JPO

and

18-cv-8321-JPO

**AFFIDAVIT OF CONFESSION
OF JUDGMENT**

STATE OF NEW YORK  )
      : ss.:
COUNTY OF    )

1.    I, Dov Moshe, reside in _RICHMOND_ County.

2.    Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff Adolfo Patricio Agapito ("Plaintiff Agapito"), Maximo Patricio ("Plaintiff Patricio"), Marcelo Rivera Neri ("Plaintiff Neri"), Eleuterio Vargas Mendoza ("Plaintiff Mendoza"), and Livorio Rivera ("Plaintiff Rivera"), collectively, ("Plaintiffs"), on the one hand, and AHDS Bagel LLC (d/b/a Pick a Bagel), 1101 Bagel Corp. (d/b/a Pick a Bagel), Ariey Nussbaum, Islam Abbas (a/k/a Sammy), Haim Wysoki, and Dov Moshe (collectively, "Defendants"), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof in the Supreme Court of the State of New York against Dov Moshe in favor of Plaintiffs for the sum of FIFTY-TWO THOUSAND AND FIVE HUNDRED DOLLARS ($52,500).

3.    This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000) to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $35,000 plus liquidated damages of $17,500.

4.    This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5.    I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $52,500 (less any amounts already paid to Plaintiffs pursuant to the above schedule), against Dov Moshe.

_____
Dov Moshe

Sworn to before me this
_5th_ day of _February_ ~~2019~~ _2020_

_____
Notary Public

```
MONIQUE MCDANIEL
Notary Public - State of New York
NO. 01MC6343430
Qualified in New York County
My Commission Expires Jun 13, 2020
```